UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80837-Civ-Ryskamp/Vitunac

MARK HOURANEY,

        Plaintiff,

vs.

F. JAY SCHLEY, NORTH
AMERICAN AIR CHARTER,
INC., NORAM ASSET
MANAGEMENT, INC.,

        Defendants.
_____/



FILED by _____ D.C.

FEB 0 3 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE is before the Court on Order of Reference (DE 3), filed August 13, 2008, from United States District Judge Kenneth L. Ryskamp directing this Court "to take all necessary and proper action required by law, and to submit a Report and Recommendation to this Court." On December 19, 2008, Plaintiff filed a Motion for Default Judgment (DE 14). A review of the docket shows that Plaintiff has not yet filed a motion for clerk's entry of default under Federal Rule of Civil Procedure 55(a). See Sun v. United States, 342 F.Supp.2d 1120, 1124 n.2 (N.D.Ga. 2004); see also Will-Burn Recording & Publishing Co. v. Universal Music Group Records, 2009 WL 211082, slip op. at *1, (S.D. Ala. 2009) (collecting cases standing for proposition that entry of default must be obtained prior to application for default judgment).

Accordingly, it is hereby

1

ORDERED that Plaintiff's Motion for Default Judgment (DE 14) is DENIED without prejudice.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida this 3 day of February, 2009.

/s/ Ann E. Vitunac
ANN E. VITUNAC
United States Magistrate Judge

Copies to:
Honorable Kenneth L. Ryskamp
Mark Houraney, *pro se*